IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:22-CV-679

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>ONE 2018 LEXUS LS500, BEARING NC )<br>LICENSE PLATE EDM3447, VIN )<br>JTHB51FF5J5003958 )<br>)<br>)<br>) | **ORDER AND WARRANT FOR ARREST IN REM** |

TO: THE UNITED STATES MARSHAL, WESTERN DISTRICT OF NORTH CAROLINA, AND ANY OTHER AUTHORIZED PERSON

WHEREAS, the United States of America has filed a verified Complaint for Forfeiture *In Rem* against the defendant property as specified in paragraph one of that complaint; and,

WHEREAS, the defendant property is currently in the possession, custody or control of the United States; and

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue a Warrant for Arrest *In Rem* for the defendant property; and

WHEREAS, Supplemental Rule G(3)(c)(i) provides that the Warrant for Arrest *In Rem* must be delivered to a person or organization authorized to execute it who may be a Marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose.

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest the defendant property as soon as practicable by serving a copy of this Warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

IN WITNESS WHEREOF, I, Clerk of the United States District Court for the Western District of North Carolina, have caused the foregoing Warrant for Arrest in Rem to be issued pursuant to the authority of Supplemental Rule G(3)(b)(i) and the applicable laws of the United States and have hereunto affixed the seal of this Court.

This  21  day of  December , 2022.

*Frank D. Johns*

Clerk of the Court
United States District Court

RETURN OF SERVICE

      I hereby certify that I executed this warrant by serving _____
by _____ on the \_\_\_ day of _____, _____.

                                            _____
                                            [Deputy Marshal or other person serving warrant]