UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-679-MOC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ONE 2018 LEXUS LS500, BEARING NC LICENSE PLATE EMD3447, VIN JTHB51FF5J5003958, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion for Entry of Default Judgment. (Doc. No. 7). Having considered the Motion and the pleadings the motion is **GRANTED** and this Court orders as follows:

### ORDER

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Government's Motion for Default Judgment of Forfeiture, Doc. No. 7, is **GRANTED**, and Judgment of Forfeiture is **ENTERED** in favor of the United States against all persons and entities with respect to the following Defendant Property:

2018 Lexus LS500, bearing NC license plate EMD3447 and VIN number JTHB51FF5J5003958 seized from Koji Stewart on July 13, 2022.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that any right, title, and interest of all persons to the Defendant Property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States Marshal is hereby directed to dispose of the forfeited Defendant Property as provided by law.

    **IT IS SO ORDERED**

Signed: June 9, 2023

Max O. Cogburn Jr
United States District Judge